UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                                        )
PNEUMO ABEX CORPORATION, *et al.*,            )
                                                        )
                    Plaintiffs,                         )
                                                        )
            v.                                          )        Civil Action No. 82-2098 (PLF)
                                                        )
MARYLAND CASUALTY COMPANY, *et al.*,          )
                                                        )
                    Defendants.                         )
_____)


ORDER

The parties came before the Court for a status conference on March 11, 2009.  On the basis of representations made by counsel for certain parties at that time, the Court believes that the parties to three pending motions for summary judgment have not yet fully explored the possibility of settling some or all aspects of the issues raised by those motions.  Accordingly, it is hereby

ORDERED that, to permit the parties to engage in good faith settlement discussions with respect to the matters at issue, the following motions are STAYED until further order of this Court: Maryland Casualty Company's Refiled Motion for Summary Judgment Seeking Defense-Cost Contribution and Prejudgment Interest from Northwestern National Insurance Company [1816]; Northwestern National Insurance Company's Refiled Motion for Summary Judgment Dismissing the Claims Asserted by the Pre-1974 Insurers for Defense Costs Contribution [1832]; and Whitman Corporation's Motion for Summary Judgment Seeking Defense-Cost Contribution and Prejudgment Interest from Northwestern National Insurance

Company [1853]; it is

FURTHER ORDERED that all concerned parties shall engage in good faith settlement negotiations with respect to these three motions. The parties may, if they wish, request a referral to the Court's Alternative Dispute Resolution Program or to a magistrate judge to assist in their attempts to settle these motions; and it is

FURTHER ORDERED that the parties shall file a joint report informing the Court of the status of their settlement negotiations on or before May 29, 2009.

SO ORDERED.


/s/_____
PAUL L. FRIEDMAN
United States District Judge

DATE: March 26, 2009

2